# United States Bankruptcy Court
## Eastern District of New York

In re  **Soni Holdings LLC**                                                                     Case No. **823-73863-A736**
                                    Debtor(s)                                                      Chapter  **11**

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(B)

**Soni Holdings LLC**, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter **11** of the Bankruptcy Code on **October 18, 2023**.

2. Schedule(s) **A/B, G, H, Statement of Financial Affairs, List of Equity Security Holders, Business Income and Expenses, Declaration for Non-Individual Debtors-Form 202, Summary of Assets and Liabilities and Disclosure of Compensation of Attorney** were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [✓] The schedules filed herewith reflect no additions or corrections to, or deletions from, the list of creditors which accompanied the petition.

   [ ] Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to that list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

Dated: 11/15/2023

_Kunal Soni_
Debtor (*signature*)

Sworn to before me this **15** day of **November**, 2023

Notary Public, State of New York

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE6012995
Qualified in Nassau County
Commission Expires July 15, 2027